# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joe E. Shoals, Jr.,                                                  Case No. 03-6556 (DSD/SRN)

               Plaintiff,

v.                                                            **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

               Defendant.

---

Dennis L. Peterson, Esq., for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, for the Government.

---

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 23, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

      1.    Plaintiff's Motion for Attorney's Fees and Expenses (Doc. No. 20) pursuant to the EAJA, 28 U.S.C. § 2412(d), is **GRANTED**; and

      2.    The Government is ordered to pay Plaintiff's counsel $6,008.14 in fees and costs.

DATED: March 9, 2006                                    s/David S. Doty
                                                             DAVID S. DOTY
                                                             United States District Court Judge